3rd Court of Criminal Appeals / Clerk
P.O. Box 12308
Austin, Texas 78711

Cause No 10,445-E (Writ of Coram Nobis)

70,035-05

Sirs,

To whom it may concern, please note my change of address as follows:

MICHAEL T. BRUGMANN
TDCJ # 1168101
1697 FM 980
HUNTSVILLE, TEXAS 77343

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 19 2015

Abel Acosta, Clerk